E-FILED
Thursday, 13 June, 2019  03:11:27 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

# COMMERCIAL LINES POLICY

**A STOCK COMPANY**



## Navigators Specialty Insurance Company

**1 Penn Plaza, New York, New York 10119**

**THIS POLICY CONSISTS OF:**
— DECLARATIONS
— COMMON POLICY CONDITIONS
— ONE OR MORE COVERAGE PARTS. A COVERAGE PART CONSISTS OF:
  ○ ONE OR MORE COVERAGE FORMS
  ○ APPLICABLE FORMS AND ENDORSEMENTS

NIC GL PJ (01-07)

**EXHIBIT C**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured-s last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy-s terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obliged to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful: or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums, and

2. Will be payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

In Witness Whereof. we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Emily B. Miner, Secretary

Stanley A. Galanski, President

NIC GL PJ (01-07)   Includes copyrighted material of Insurance Services Office, Inc., with its premission.
Copyright, Insurance Services Office, Inc., 1982, 1983

## COMMON POLICY DECLARATIONS

POLICY NUMBER: GA17CGL125587IC    Renewal of Policy No: GA16CGL125587IC

COVERAGE IS PROVIDED BY

## Navigators Specialty Insurance Company

One Penn Plaza, New York, NY 10119

| | |
|---|---|
| Named Insured and Mailing Address | RK Holdings, LLP<br><br>4216 Dewitt Ave<br>Mattoon, IL 61938 |
| Policy Period | From: 31 March 2017          To: 31 March 2018<br>at 12:01 A.M., Standard Time at your mailing address shown above. |
| Agent or Broker | R T Specialty, LLC<br>2100 West End Ave Ste 620<br>Nashville, TN 37203-5298 |

In return for the payment of premium and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. WHERE NO PREMIUM IS SHOWN, THERE IS NO COVERAGE. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**PREMIUM**

Commercial General Liability Coverage Part
Products/Completed Operations Liability Coverage Part
Liquor Liability Coverage Part
Employee Benefits Liability Coverage Part
Terrorism Risk Insurance Act - Certified Acts Coverage

**TOTAL PREMIUM**
State Surcharge
Policy Fee
Engineering Fee

Policy Total shown is payable at inception    **POLICY TOTAL**

Forms and Endorsements:

See Schedule of Forms and Endorsements NPC-903 08/07

POLICY NUMBER: GA17CGL125587IC

# SCHEDULE OF FORMS AND ENDORSEMENTS

The following are the forms attached to and forming a part of the policy at inception:

| OPUS Cover Sheet (02/17) | OPUS Cover Sheet |
|---|---|
| NIC GL PJ 01 07 | Policy Jacket and Common Policy Conditions with Validation Signatures |
| NPC-901 03 09 | Common Policy Declarations - Navigators Specialty Insurance Company |
| NPC-903 08 07 | Schedule of Forms and Endorsements |
| NPC-400 05 06 | Schedule of Named Insured(s) |
| IL 00 21 05 04 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| NPC-908 06 09 | Service of Suit - IL |
| NAV-PHN-200 10 13 | Claim Reporting Procedures |
| NAV-ML-002 11 12 | OFAC ENDORSEMENT |
| NAV ML 001 IL 01 12 | Illinois Civil Unions Amendatory Endorsement |
| NPC 904 01 15 | Disclosure Notice Terrorism Risk Insurance Program Reauthorization Act of 2015 Rejection |
| CG 21 73 01 15 | Exclusion of Certified Acts of Terrorism |
| NPC-905 03 09 | Commercial General Liability Coverage Part Declarations |
| CG 00 01 12 07 | Commercial General Liability Coverage Form - Occurrence |
| NPC-611 11 08 | Cross Suits Exclusion |
| NPC-605 11 08 | Asbestos Exclusion |
| NPC-624 11 08 | Lead Exclusion |
| NPC-713 11 08 | Definition of Employee Amendment |
| NPC-900 07 10 | Minimum Earned Premium and Premium Audit Endorsement |
| NPC-642 11 08 | Intellectual Property Amendment |
| NPC-677 08 09 | Drywall Pollutants Exclusion |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi Or Bacteria (Mold) Exclusion |
| CG 21 35 10 01 | Exclusion - Coverage C - Medical Payments |
| CG 21 96 03 05 | Silica or Silica Related Dust Exclusion |
| CG 21 86 12 04 | Exclusion - Exterior Insulation & Finish Systems |
| CG 21 65 12 04 | Total Pollution Exclusion with a Building Heating, Cooling and Dehumidifying Equipment Exception and a Hostile Fire Exception |
| CG 20 10 07 04 | Additional Insured - Owners, Lessees Or Contractors  - Scheduled Person or Organization |
| CG 20 37 07 04 | Additional Insured - Owner, Lessees Or Contractors - Completed Operations |
| NPC-712 11 08 | General Aggregate Limit per Location with an Overall General Aggregate Cap |
| NPC-818 11 10 | Unintentional Errors and Omissions Endorsement |
| CG 02 12 11 85 | Cancellation by Us |
| NPC-821 11 10 | Broad Named Insured Amendment |
| NPC-801 11 08 | Primary and Non-Contributory |
| NPC-800 11 08 | Primary and Non-Contributory |

| | |
|---|---|
| CG 04 35 12 07 | Employee Benefits Liability Coverage - Claims Made |
| NPC-704 06 13 | Self-Insured Retention - Claim Expenses Eroding The Retention |
| CG 20 18 04 13 | Additional Insured - Mortgagee, Assignee Or Receiver |
| CG 20 18 04 13 | Additional Insured - Mortgagee, Assignee Or Receiver |
| CG 20 18 04 13 | Additional Insured - Mortgagee, Assignee Or Receiver |
| CG 20 34 04 13 | Additional Insured - Lessor Of Leased Equipment - Automatic Status When Required In Lease Agreement With You |
| CG 20 11 04 13 | Additional Insured - Managers or Lessors of Premises |
| CG 20 11 04 13 | Additional Insured - Managers or Lessors of Premises |
| NPC-806 01 13 | Non-Pyramiding of Limits Endorsement |
| NPC-670 06 09 | Continuous or Progressive Injury and Damage Exclusion |
| CG 04 41 12 04 | Stop Gap - Employers Liability Coverage Endorsement - Ohio |
| NPC-814 11 10 | Notice and Knowledge of an Occurrence |
| MANUSCRIPT | Exclusion: Welding fumes |
| CG 24 04 05 09 | Waiver of Transfer of Rights of Recovery Against Others to Us |
| MANUSCRIPT | NOTICE TO OTHERS ENDORSEMENT- WHEN REQUIRED BY WRITTEN CONTRACT |
| MANUSCRIPT | Final Adjudication- Criminal Acts |
| LIQ DEC 08 01 | Liquor Liability Coverage Part Declarations |
| CG 00 33  12 07 | Liquor Liability Coverage Form |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

# NAMED INSURED

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART
   PRODUCTS-COMPLETED OPERATIONS LIABILITY COVERAGE PART
   OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
   RAILROAD PROTECTIVE LIABILITY COVERAGE PART
   LIQUOR LIABILITY COVERAGE PART
   BUSINESS AUTO COVERAGE PART

The Named Insured is completed to read as follows:

   RK Holdings, LLP
   RK Administrative Services, LLC
   Rural King Administration, Inc.
   RK Family, Inc.
   Retail Factory Direct LLC
   RK Holdings LLP dba Rural King Distribution
   R.K. Internet, LLC
   RK Guns, LLC
   RK Transportation LLC
   Litchfield Rural King Supply, Inc.
   Meleer LLC
   RK Logistics LLC
   ABG Contractors LLC
   Midwest Charter Jet, inc.
   Mattoon Rural King Supply, Inc.
   Country Critters Vetinary Clinic, LLC
   Angola Rural King Supply, Inc.
   Benton Rural King Supply, Inc.
   Bloomington Rural King Supply, Inc.
   Carbondale Rural King Supply, Inc.
   Charleston Rural King Supply, Inc.
   Champaign Rural King Supply, Inc.
   Circleville Rural King Supply, Inc.
   Collinsville Rural King, Inc.
   Columbus Rural King Supply, Inc.
   Coshocton Rural King Supply, Inc.
   Decatur Rural King Supply, Inc.
   Effingham Rural King Supply, Inc.
   Elyria Rural King Supply, Inc.

Evansville Rural King Supply, Inc.
Frankfort Rural King Supply Inc.
Fremont Rural King Supply, Inc.
Gallipolis Rural King Supply, Inc.
Hamilton Rural King Supply, Inc.
Harrisburg Rural King Supply, Inc.
Henderson Rural King Supply, Inc.
Huber Heights Rural King Supply, Inc.
Jasper Rural King Supply, Inc.
Jeffersonville Rural King Supply Inc.
Kendallville Rural King Supply, Inc.
Kokomo Rural King Supply, Inc.
Lafayette Rural King Supply Inc.
Lebanon Rural King Supply, Inc.

Litchfield Rural King Supply, Inc.
Logansport Rural King Supply, Inc.
Macon Co Rural King, Inc.
Madisonville Rural King Supply, Inc.
Marion Ohio Rural King, Inc.
Marion Rural King Supply, Inc.
Martin Rural King Supply, Inc.
Martinsville Rural King Supply, Inc.
Monticello Rural King Supply, Inc.
Muhlenberg County Rural King Supply, Inc.
Muncie Rural King Supply, Inc.
Murphysboro Rural King Supply, Inc.
New Castle Rural King Supply, Inc.
Niles Rural King Supply, Inc.
Norwalk Rural King Supply, Inc.
Owensboro Rural King Supply, Inc.
Peru Rural King Supply, Inc.
Plano Rural King Supply, Inc.
Princeton Rural King Supply, Inc.
Rantoul Rural King Supply, Inc.
Wooster Rural King Supply, Inc.
Spring Hill Rural King Supply, Inc.
Terre Haute Rural King Supply, Inc.
Tiffin Rural King Supply, Inc.
Van Wert Rural King Supply, Inc.
Vandalia Rural King Supply, Inc.
Vincennes Rural King Supply Inc.
Waterloo Rural King Supply, Inc.
Wentzville Rural King Supply, Inc.
West Evansville Rural King Supply, Inc.
RK Holdings, LLP dba Waverly Rural King Supply
RK Holdings, LLP
RK Holdings, LLP dba Paris Rural King, Inc.

RK Holdings, LLP dba Clarksville Rural King Supply
RK Holdings, LLP dba Connellsville Rural King Supply
RK Holdings, LLP dba Greenville Rural King Supply
RK Holdings, LLP dba Greenwood Rural King Supply
RK Holdings, LLP dba Farmington Rural King Supply, Inc.
RK Holdings, LLP  dba Winchester Rural King, Inc.
RK Holdings, LLP dba Clearfield Rural King, Inc.
RK Holdings, LLP . dba Springfield Rural King Inc.
RK Holdings, LLP  dba New Philadelphia Rural King, Inc.
RK Holdings, LLP  dba Leesburg Rural King, Inc.
RK Holdings, LLP  dba Bonita Springs Rural King, Inc.
RK Holdings, LLP dba Paducah Rural King Supply
RK Holdings, LLP dba Crystal River Rural King
RK Holdings, LLP dba Parkersburg Rural King

RK Holdings, LLP  dba Waverly Rural King
RK Holdings, LLP dba Ashland Rural King
RK Holdings, LLP dba Lake Wales Rural King Supply
RK Holdings, LLP dba Greensburg Rural King Supply
RK Holdings, LLP  dba Shelbyville IN Rural King Supply
RK Holdings, LLP  dba Fort Wayne Rural King Supply
RK Holdings, LLP  dba Shelbyville KY Rural King Supply
RK Holdings, LLP dba Xenia Rural King Supply
RK Holdings, LLP  dba Heath Rural King Supply
RK Holdings, LLP  dba Butler Rural King Supply
RK Holdings, LLP dba St Clairsville Rural King Supply
RK Holdings, LLP dba Radcliff Rural King Supply
RK Holdings, LLP  dba Bedford Rural King Supply
RK Holdings, LLP . dba Marysville Rural King Supply
RK Holdings, LLP  dba Cross Lanes Rural King Supply
RK Holdings, LLP  dba Front Royal Rural King Supply
RK Holdings, LLP  dba Steubenville Rural King Supply
RK Holdings, LLP  dba Zanesville Rural King Supply
RK Holdings, LLP  dba Knoxville Rural King Supply
RK Holdings, LLP dba Hartland Rural King Supply
RK Holdings, LLP  dba Morganton Rural King Supply
RK Holdings, LLP  dba Bluefield Rural King Supply
RK Holdings, LLP dba Radford Rural King Supply
RK Holdings, LLP  dba Gainesville Rural King Supply
RK Holdings, LLP dba Ocala Rural King Supply
RK Holdings, LLP dba Bristol Rural King Supply
RK Holdings, LLP dba Zephyrhills Rural King Supply
RK Holdings, LLP dba Huntington Rural King Supply
ABG Capital-Waverly, LLC
ABG Commercial Properties, Inc.
ABG Land Development, Inc.
ABG Real Estate, LLC
ABG RE Holdings, LLC

Angola AGB, LLC
BG Agency, LLP (Bruce Speer, Gary Melvin)
Bedford ABG, LLC
Benton Meleer Real Estate, LLC
Bloomington ABG, LLC
Bonita Springs ABG, LLC
Bristol ABG, LLC
Carbondale BG, LLC
Charleston ABG, LLC
Circleville ABG, LLC
Farmington Land ABG, LLC
Columbus ABG, LLC
Connellsville ABG, LLC
Coshocton ABG, LLC

Cross Lanes ABG, LLC
Crystal River ABG, LLC
Decatur ABG, LLC
Effingham ABG, LLC
Farmington ABG, LLC
Farmington Land ABG, LLC
Florida ABG, LLC
Fort Wayne ABG, LLC
Freemont ABG, LLC
Gainesville ABG, LLC
Gallipolis ABG, LLC
Greensburg ABG, LLC
Greenville ABG, LLC
Hamilton ABG, LLC
Harrisburg Meleer Real Estate, LLC
Hartland ABG, LLC
Heath ABG, LLC
Henderson ABG, LLC
Huber Heights ABG, LLC
Jasper BG, LLC
Kimball ABG, LLC
Lake Wales ABG, LLC F/K/A Holland ABG, LLC
Lebanon ABG LLC
Leesburg ABG, LLC
Litchfield ABG, LLC
Logansport Meleer Real Estate, LLC
Madisonville ABG, LLC
Mansfield ABG, LLC
Marion BG, LLC
Marion Ohio Meleer Real Estate, LLC
Martin BG, LLC
Martinsville ABG, LLC
Marysville ABG, LLC

Mattoon ABG, LLC
Meleer Real Estate, LLC
Monticello ABG, LLC
Morganton ABG, LLC an Illinois Ltd, LLC
Muncie BG, LLC
Murphysboro Meleer Real Estate, LLC
New Castle ABG, LLC
New Philadelphia ABG, LLC
Niles BG, LLC
Norwalk ABG, LLC
Old Ownensboro ABG, LLC
Owensboro ABG, LLC
Paducah ABG, LLC
Parkersburg ABG, LLC

Peru Meleer Real Estate, LLC
Princeton ABG, LLC
Radcliff ABG, LLC
RKS-Waverly, LLC

Inactive:
Rural King Realty, LLC
Shelbyville ABG, LLC (purchased 1800 East State Rd 44, Shelbyville IN)
Spring Hill ABG, LLC
Springfield ABG, LLC
Terra Haute ABG, LLC
Tiffin ABG, LLC
Van Wert BG, LLC
Vincennes BG, LLC
West Evansville BG, LLC
Xenia ABG, LLC
Bruce Speer (738)& Bruce & Joan Speer (740)


ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

INTERLINE
IL 00 21 05 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" or "property damage":

        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear

© ISO Properties, Inc., 2001

facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material"; "Source material", "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";
   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;
   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001

NPC-908 06 09

# SERVICE OF SUIT - ILLINOIS

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

It is understood and agreed that in the event of the failure of the Insurer to pay any amount claimed to be due hereunder, the Insurer, at the request of the First Named Insured, will submit to the jurisdiction of a court of competent jurisdiction within the United States of America.  The foregoing shall not constitute a waiver of the right of the Insurer to remove, remand, or transfer such suit to any other court of competent jurisdiction in accordance with the applicable statutes of the state of United States pertinent hereto.  In any suit instituted against them upon this contract, the Insurer will abide by the final decision of such court or of any appellate court in the event of an appeal.

It is further agreed that service of process in such suit may be made upon the Illinois Director of Insurance or his successor or successors in office as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the First Named Insured or any beneficiary hereunder arising out of this contract of insurance.  The Insurer hereby designates the President of Navigators Specialty Insurance Company, One Penn Plaza, 32nd Floor, New York, NY 10119, as the person to who the said Superintendent, Commissioner, or Director of Insurance is authorized to mail such process or a true copy thereof, in compliance with the applicable statutes governing said service of process in the state or jurisdiction in which a cause of action under this contract of insurance arises.

It is further understood and agreed that service of process in such suit may be made upon David Wilson, Attorney-In-Fact, 1375 East Woodfield Road, Suite 720 Schaumburg, Illinois 60173 and that in any suit instituted against any one of them upon this contract, the Insurer will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

**Policyholder Notice**



## CLAIM REPORTING PROCEDURES

Conditions of the policy require that in the event of a claim, you notify us as soon as practicable. All claim notifications are to be reported to the Schaumburg Claims Office by electronic mail to RBClaims@navg.com.

In the alternative, claim notices may also be:

- Mailed to the Schaumburg Claims Office at:

   Navigators Management Co., Inc.
   Claims Division
   1375 E. Woodfield Road, Suite 720
   Schaumburg, IL 60173

- Or faxed to 203-658-1824

- Or telephone 855-444-4796

All claims notifications must be accompanied by an ACORD loss form and should contain current contact information for the insured and claimant(s) as well as a detailed description of the loss.

If the insured files a claim with the agent, it is the agent's responsibility to forward the claim to the Schaumburg Claims Office.

# OFAC ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### U.S. ECONOMIC AND TRADE SANCTIONS LIMITATIONS CLAUSE

No insurer shall be deemed to provide cover and no insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that insurer to any sanction, prohibition or restriction under the trade or economic sanctions, laws or regulations of the United States of America.

The United States of America trade or economic sanctions, laws or regulations shall include, but not be limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control (OFAC).

All other terms, conditions and exclusions of this Policy remain unchanged.

# ILLINOIS CIVIL UNIONS AMENDATORY ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Throughout this policy, any reference to a spouse includes a person who is a party to civil union as defined by Illinois law.

Throughout this policy, any reference to a family member, relative, or any family relationship includes the families of the parties to a civil union as defined by Illinois law.

All other terms and conditions of this Policy remain unchanged.

| Policyholder Notice |  |
|---|---|

## DISCLOSURE NOTICE
## TERRORISM RISK INSURANCE PROGRAM
## REAUTHORIZATION ACT OF 2015
## REJECTION OF OUR OFFER OF COVERAGE

**Named Insured**   RK Holdings, LLP          **Effective:** 3/31/2017 12:01 AM., Standard Time

**Agent Name**                                **Agent No.**  RTSP0040

You have rejected our offer of coverage for certified acts of terrorism, as defined in and certified under the Terrorism Risk Insurance Program Reauthorization Act of 2015. Therefore, this policy does not provide such coverage. This policy contains one or more exclusions that apply to certified acts of terrorism.

If you were not made aware of our offer of coverage for certified acts of terrorism, or believe that this notice was included in this policy in error, please notify your agent or broker immediately.

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury,in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2014

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## DECLARATIONS

| | |
|---|---|
| **Policy Number:** GA17CGL125587IC | **Effective Date:** March 31, 2017<br>12:01 A.M., Standard Time |

## LIMITS OF INSURANCE

| | |
|---|---|
| Each Occurrence | $1,000,000 |
| General Aggregate | $2,000,000 |
| Products / Completed Operations Aggregate | $2,000,000 |
| Personal Injury / Advertising | $1,000,000 |
| Fire Legal Liability | $300,000 Any One Fire |
| Medical Payments | Excluded Any One Person |

## RETROACTIVE DATE (CG 00 02 only)

Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here: None

## BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of Business:

☐ Individual    ☐ Partnership    ☐ Joint Venture    ☐ Limited Liability Company    ☒ Other    ☐ Trust

Business Description:   Chain of Farm Supply stores

## PREMIUM

| Classification | Code No. | Rate | Premium Basis | Exposure | Premium |
|---|---|---|---|---|---|
| Hardware Stores | ▉ | ▉ | Gross Revenue | ▉ | ▉ |
| Hardware Stores | | | Gross Revenue | | $0.00 |
| Hardware Stores | ▉ | ▉ | Gross Revenue | ▉ | $0.00 |
| | | | | **Total Advance Premium** | ▉ |

**Forms and Endorsements:**

See Schedule of Forms and Endorsements NPC-903 08/07

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS
CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

© ISO Properties, Inc., 2006

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

© ISO Properties, Inc., 2006

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

© ISO Properties, Inc., 2006

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

 © ISO Properties, Inc., 2006

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

 © ISO Properties, Inc., 2006

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

 © ISO Properties, Inc., 2006

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

### a. Any Insured

To any insured, except "volunteer workers".

### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

### d. Workers Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

### e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

### g. Coverage A Exclusions

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands,

© ISO Properties, Inc., 2006

notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

### SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

    a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stock-

holders are also insureds, but only with respect to their liability as stockholders

    e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

    a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

    (1) "Bodily injury" or "personal and advertising injury":

        (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

        (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

        (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

        (d) Arising out of his or her providing or failing to provide professional health care services.

    (2) "Property damage" to property:

        (a) Owned, occupied or used by,

        (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© ISO Properties, Inc., 2006

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

   **(1)** With respect to liability arising out of the maintenance or use of that property; and

   **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

### SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

### SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

© ISO Properties, Inc., 2006

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations,

© ISO Properties, Inc., 2006

for which you have been added as an additional insured by attachment of an endorsement.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the

sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

© ISO Properties, Inc., 2006

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

 © ISO Properties, Inc., 2006

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to per-manently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

      **(a)** Snow removal;

      **(b)** Road maintenance, but not construction or resurfacing; or

      **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

 © ISO Properties, Inc., 2006

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1) Products that are still in your physical possession; or

   (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

© ISO Properties, Inc., 2006

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **(2)** The providing of or failure to provide warnings or instructions.

**COMMERCIAL GENERAL LIABILITY**
**NPC-611 11 08**

# CROSS SUITS EXCLUSION

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A    Bodily Injury And Property Damage Liability:**

   **2. Exclusions**
   This insurance does not apply to:
   **Cross Suits**
   "Bodily injury" or "property damage" arising from claims or "suits" brought by any insured identified in the declarations or policy as a Named Insured against any other Named Insured.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2. Exclusions**
   This insurance does not apply to:
   **Cross Suits**
   "Personal and advertising injury" arising from claims or "suits" brought by any insured identified in the declarations or policy as a Named Insured against any other Named Insured.

COMMERCIAL GENERAL LIABILITY
NPC-605 11 08

# ASBESTOS EXCLUSION

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Asbestos**

"Bodily injury" or "property damage" arising out of the actual, alleged, suspected or threatened ingestion of, inhalation of, contact with, exposure to, existence of, or presence of "asbestos".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Asbestos**

"Personal and advertising injury" arising out of the actual, alleged, suspected or threatened ingestion of, inhalation of, contact with, exposure to, existence of, or presence of "asbestos".

**C.** The following definition is added to the **Definitions** Section:

"Asbestos" means the mineral in any form.

# LEAD EXCLUSION

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**
This insurance does not apply to:
**Lead**
"Bodily injury" or "property damage" arising out of the actual, alleged, suspected or threatened ingestion of, inhalation of, contact with, exposure to, existence of, or presence of "lead".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**
This insurance does not apply to:
**Lead**
"Personal and advertising injury" arising out of the actual, alleged, suspected or threatened ingestion of, inhalation of, contact with, exposure to, existence of, or presence of "lead".

**C.** The following definition is added to the **Definitions** Section:

"Lead" means the element in any form.

# DEFINITION OF EMPLOYEE AMENDMENT

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Section V - Definitions, 5. "Employee" is deleted and replaced by the following:

5. "Employee" includes "leased worker" and "temporary worker".

# MINIMUM EARNED PREMIUM AND AUDIT PREMIUM

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMON POLICY CONDITIONS
COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Item **5.** of section **A. CANCELLATION** of the **Common Policy Conditions** is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

        **a.** If we cancel, the refund will be pro rata.

        **b.** Cancellation at the request of the first Named Insured:

        This policy is subject to a Minimum Earned Premium which is 25% of the premium for this policy as shown in the applicable Coverage Part(s) Declarations unless scheduled here otherwise: NA%

        This Minimum Earned Premium is the least amount of premium we shall retain as earned premium, regardless of the term. If the first Named Insured cancels, the refund will be determined as follows:

        **(1)** If at the time of cancellation the earned premium is greater than the Minimum Earned Premium, the refund will be 90% of the pro rata return.

        **(2)** If at the time of cancellation the earned premium is equal to or less than the Minimum Earned Premium, the refund will be the premium paid in excess of the Minimum Earned Premium.

        **(3)** If the policy is a project specific policy with a policy term in excess of one year, the pro rata return premium will be calculated based on the number of days for which the policy was in force, divided against the date when the policy becomes fully earned.

Cancellation for non-payment of premium will be considered cancellation at the request of the first Named Insured.

**B.** If this policy is subject to premium audit, paragraph **b.** of item **5. Premium Audit** in **SECTION IV-COMMERCIAL GENERAL LIABILITY CONDITIONS** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** is replaced by the following:

        **b.** Premium shown in the **Commercial General Liability Coverage Part Supplemental Declarations** as Advance Premium is a deposit premium only which will be credited toward the amount of earned premium. The Advance Premium is the minimum premium for the policy period, is payable in full at the inception of coverage and is not refundable. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured.

        This policy has a minimum amount of premium that applies to the term of insurance as listed on the policy. The Minimum Term Premium is 100% of the advanced and deposit premium as stated in the policy declarations and in subsequent endorsements. In the event that audit premiums are greater than the advance and deposit premium, the additional premium is due and payable upon notice to the insured. If audit premiums are less than the Minimum Term Premium, then no return premium is owed to the Insured.

**C.** If this policy is written with a designated construction project endorsement, the policy will be fully earned and no premium will be returned at the time of "substantial completion" or 12 months after inception of policy, whichever occurs earlier.

**D.** As used in this endorsement the term "substantial completion" means whichever of the following occurs first:

**1)** The date of the final inspection of the construction project by the applicable public agency.

**2)** The date of recordation of a valid notice of completion

**3)** The date of use or occupancy of the construction project or improvement.

**4)** One year after termination or cessation of work on the construction project.

NPC 642 11 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INTELLECTUAL PROPERTY AMENDMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**I.** Item **14.** of **SECTION V - DEFINITIONS**. Is deleted in its entirety and replaced with the following:

   **14.** "Personal and advertising injury" means injury including consequential "bodily injury" arising out of one or more of the following offenses:

     **a.** False arrest, detention or imprisonment;

     **b.** Malicious prosecution;

     **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner landlord or lesser;

     **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

     **e.** Oral or written publication of material that violates a person's right of privacy.

**II.** Under **SECTION I - COVERAGES, COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions,** exclusion i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**, is deleted in its entirety and replaced with the following:

   **i. Infringement of Copyright, Patent, Trademark, Trade Secret, Trade Dress or Advertising Ideas**

   "Personal and Advertising Injury" arising out of:

     **(a)** Infringement, disparagement, dilution, diminishment of or damage to:

       **i.** Copyright, slogan or title;

       **ii.** Patent;

       **iii.** Trademark, service mark, collective mark, or certification mark, including without limitation any word, name, symbol, device or any combination thereof used to identify or distinguish the origin of a good, product or service;

       **iv.** Trade secret;

       **v.** Trade dress including without limitation, any shape, color, design or appearance used to distinguish the origin of a good, product or service;

      **vi.** Advertising ideas, concepts, campaigns, or style of doing business; or

      **vii.** Any other intellectual property rights recognized or implied by law.

  **(b)** False designation of the origin of a good, product or service;

COMMERCIAL GENERAL LIABILITY
NPC-677 08 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DRYWALL POLLUTANTS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1.  "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged, suspected or threatened discharge, dispersal, seepage, migration, escape or release of "pollutants" from "drywall" or presence of "pollutants" in "drywall."

2.  Any loss, cost, expense, fines or penalties related to or arising out of any bodily injury", "property damage" or "personal and advertising injury", described in Paragraph 1. above, including but not limited to:

    a.  The investigation of any claim or defense of any "suit" for such injury or damage;

    b.  Any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants" in or emanating from "drywall" in any form; or

    c.  Any claim or "suit", including but not limited to those by or on behalf of a governmental authority, for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants" in or emanating from "drywall" in any form.

Contains copyrighted material of the
Insurance Service office, Inc. with its permission.

For the purpose of this endorsement only, the following definitions apply:

"Drywall" means the construction material commonly used for the finish construction of interior walls and ceilings which is also known as plaster board, sheetrock or wall board.

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, gases, odors, acids, alkalis, chemicals and waste. Waste includes materials to be recycled or reclaimed. "Pollutants" includes but is not limited to hydrogen sulfide, sulfuric acid, carbon disulfide, carbonyl sulfide, strontium sulfide, any volatile sulfur compounds, and any substances or compounds containing strontium or iron.

Contains copyrighted material of the
Insurance Service office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

POLICY NUMBER: GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 21 35 10 01**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Description And Location Of Premises Or Classification:**<br>Any location or job site. |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section **I** – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply; and

2. The following is added to Section **I** – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

© ISO Properties, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.,** **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 © ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(
**b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© ISO Properties, Inc., 2003

POLICY NUMBER: GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 07 04**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
|---|---|
| Any person or organization for whom you are performing the policy operations during the policy period when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy | . |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 07 04

© ISO Properties, Inc., 2004

Page 1 of 1

POLICY NUMBER: GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 07 04**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. | . |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization (s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at    the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

CG 20 37 07 04                              © ISO Properties, Inc., 2004                              **Page 1 of 1**

# GENERAL AGGREGATE LIMIT PER LOCATION WITH AN OVERALL GENERAL AGGREGATE CAP

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Designated Location(s):**
All Locations

(If no entry appears above, information required to complete this endorsement will be shown in  the Declarations as applicable to this endorsement.)

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION **I**), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION **I**), which can be attributed only to operations at a single designated "location" shown in the Schedule above:

    **1.** A separate Designated Location General Aggregate Limit applies to each designated "location", and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations. Subject to the application of the General Aggregate Limit to each of your locations, the maximum amount we will pay under the General Aggregate Limit for all claims arising from all locations is $ 10,000,000.

    **2.** The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under COVERAGE **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under COVERAGE **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated "location". Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated "location" shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General AggLimit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

    

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under COVERAGE **A** (SECTION **I**), and for all medical expenses caused by accidents under COVERAGE **C** (SECTION **I**), which cannot be attributed only to operations at a single designated "location" shown in the Schedule above:

   **1.** Any payments made under COVERAGE **A** for damages or under COVERAGE **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

   **2.** Such payments shall not reduce any Designated Location General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

**D.** For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

   "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**E.** The provisions of Limits Of Insurance (SECTION **III**) not otherwise modified by this endorsement shall continue to apply as stipulated.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# UNINTENTIONAL ERRORS AND OMISSIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended to include the following additional condition:

Your failure to disclose all hazards existing as of the Effective Date of this policy shall not prejudice you with respect to the coverage afforded by this policy, provided such failure or omission is not intentional or grossly negligent.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED

POLICY NUMBER: GA17CGL125587IC                    **COMMERCIAL GENERAL LIABILITY**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CANCELLATION BY US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

Number of Days 90

(If no entry appears above, information required to complete this Schedule will be shown in the Declarations as applicable to this endorsement.)

Paragraph 2. of CANCELLATION (Common Policy Conditions) is replaced by the following:

**2.** We may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for non payment of premium; or

   **b.** The number of days shown in the Schedule before the effective date of cancellation if we cancel for any other reason.

**CG 02 12 11 85**          Copyright, Insurance Services Office, Inc., 1984          **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
NPC 821 11 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BROAD NAMED INSURED AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SECTION II  - WHO IS AN INSURED, Number 3., is deleted in its entirety and replaced with the following:

3.   Any organization that you own at the inception of this policy, or newly acquire or form during the policy period, and over which you maintain during the policy period majority ownership or majority interest, will qualify as a Named Insured if:

   a.   There is no other similar insurance available to that organization; and

   b.   The first Named Insured shown in the Declarations has the responsibility of placing insurance for that organization; and

   c.   That organization is incorporated or organized under the laws of the United States of America.

   However:

   1.   Coverage under this provision 3. is afforded only until the next occurring annual anniversary of the beginning of the policy period shown in the Declarations, or the end of the policy period, whichever is earlier;

   2.   Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   3.   Coverage B does not apply to "personal injury and advertising injury" arising out of an offense committed before you acquired or formed the organization.

SECTION II  - WHO IS AN INSURED, the last paragraph, is deleted in its entirety.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED

**COMMERCIAL GENERAL LIABILITY**
**NPC 801 11 08**

**ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRIMARY AND NON-CONTRIBUTORY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Name of Person or Organization:
Mandell Family Investors No. 1, LLC

A. The following is added to **4. c. Method of Sharing, Section IV - Commercial General Liability Conditions**:

However, we will not seek contribution from other insurance available to the person or organization shown above, when you have agreed in a written contract prior to the loss, to provide such person or organization primary and non-contributing insurance.

# PRIMARY AND NON-CONTRIBUTORY

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following is added to **4. c. Method of Sharing, Section IV - Commercial General Liability Conditions**:

However, we will not seek contribution from other insurance available to an Additional Insured endorsed to this policy when you have agreed in a written contract, prior to the loss, to provide such Additional Insured with primary and non-contributing insurance.

POLICY NUMBER: GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 04 35 12 07**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Limit Of Insurance | | Each Employee Deductible | Premium |
|---|---|---|---|---|
| Employee Benefits Programs | $1,000,000 | each employee | $1,000 | Included |
| | $1,000,000 | aggregate | | |
| Retroactive Date: | 03/31/2017 | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | | |

**A.** The following is added to **Section I - Coverages:**
**COVERAGE - EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section **III** - Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph a. above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

## 2. Exclusions

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

**(1)** Failure of any investment to perform;

**(2)** Errors in providing information on past performance of investment vehicles; or

**(3)** Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments - Coverages **A** and **B** are replaced by Supplementary Payments - Coverages **A, B** and **Employee Benefits Liability**.

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

© ISO Properties, Inc., 2006

3:19-cv-03154-SEM-TSH  # 1-3  Page 65 of 140

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

CG 04 35 12 07 © ISO Properties, Inc., 2006 Page 3 of 6

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV - Commercial General Liability** Conditions are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

**(2)** The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the "claim" or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

**(a)** No Retroactive Date is shown in the Schedule of this insurance; or

**(b)** The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

**(2)** When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

 © ISO Properties, Inc., 2006 **CG 04 35 12 07**

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

**a.** This endorsement is canceled or not renewed; or

**b.** We renew or replace this endorsement with insurance that:

**(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

**(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

**a.** The "employee benefit programs" insured;

**b.** Previous types and amounts of insurance;

**c.** Limits of insurance available under this endorsement for future payment of damages; and

**d.** Other related factors.

The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

© ISO Properties, Inc., 2006

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

   **a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   **b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

   **c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

   **d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

   **e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

 © ISO Properties, Inc., 2006 CG 04 35 12 07

# SELF-INSURED RETENTION  - CLAIM EXPENSES ERODING THE RETENTION

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following coverage parts if such are a part of this Policy:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**

### Schedule

| | |
|---|---|
| **Each Occurrence "Self-Insured Retention" Amount:** | **$100,000** |
| **Each Claim "Self-Insured Retention" Amount:** | **$N/A** |
| **Aggregate "Self-Insured Retention" Amount** (if applicable): | **$N/A** |
| **Third Party Claims Administrator:** | **Center Street Services** |
| **Address:** | **111 Center Street** <br> **Little Rock, AR 72201** |
| **Contact:** | **Denver Fletcher** |
| **Telephone:** | **501-377-8309 Fax-501-537-6033** |

This insurance is subject to the following additional provisions.  In the event of conflict with any provision elsewhere in the coverage form, the provisions of this endorsement will control the application of insurance to which the coverage part applies.

## I.  COVERAGE:

Our obligation to pay sums under **SECTION I, 1. Insuring Agreement** of this Coverage Part for damages to which this insurance applies, and our obligation to defend you against any claim or "suit" because of those damages is changed as set out below.

1.  We will only pay that portion of the "Ultimate Net Loss" to which this insurance applies that is in excess of the "Self-Insured Retentions" shown in the Schedule above.  Before we have any obligation to pay any of the "Ultimate Net Loss", you must pay the full amount of the applicable "Self-Insured Retention" Amount shown in the Schedule regardless of Insolvency or bankruptcy by you or the number of claims or "suits" or amount of "claims expense".  In no event shall this policy be obligated to satisfy your obligations for payment of "Self Insured Retention" amounts or "claim expense".

    a.  The **Each Occurrence "Self-Insured Retention" Amount** listed in the Schedule applies to

        (1)  All covered damages and "claims expense" as a result of an "occurrence" under the **COMMERCIAL GENERAL LIABILITY COVERAGE PART** and/or the **PRODUCTS/ COMPLETED OPERATIONS LIABILITY COVERAGE PART**, and/or

**NPC 704 06 13**                                                                                       **Page 1 of 6**

    **(2)** One Common Cause of "injury" under the **LIQUOR LIABILITY COVERAGE PART,** and/or

    **(3)** Any other such coverage which may be included in this policy.

**b.** The **Each Claim "Self-Insured Retention" Amount** listed in the Schedule applies to
    **(1)** All covered damages and "claims expense" as a result of any one claim or "occurrence" sustained by any one person or organization under the **COMMERCIAL   GENERAL LIABILITY COVERAGE PART** and/or the **PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART,** and/or
    **(2)** One Common Cause of "injury" under the **LIQUOR LIABILITY COVERAGE PART,** and/or
    **(3)** Any other such coverage which may be included in this policy.

**c.** If an **Aggregate "Self-Insured Retention" Amount** is shown in the Schedule of this endorsement, the Aggregate applies to all covered damages and "claims expense" because of "bodily injury", "property damage", "personal and advertising injury", "injury" under the **LIQUOR LIABILITY COVERAGE PART** and any other such coverage which may be included in this policy. This amount applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of this policy.

## 2. *Defense and Settlement of Claims and Suits*

**a.**     Your obligations:
    **(1)** The defense of claims and "suits" seeking damages to which this policy applies that are within the "Self-Insured Retention" and payment of all "claims expense" that are within the "Self-Insured  Retention" are your obligations, however;
        **(a)** We shall have the right to approve any defense counsel you may select, which approval shall not be unreasonably withheld, and
        **(b)** If more than one insured is involved in a claim or "suit", it shall not be unreasonable for us to withhold our consent for separate counsel for one or more such insured's unless there is a material, actual or potential conflict of interest among such insured's, and
        **(c)** We shall have the right and be given the opportunity, but have neither the duty nor obligation, to associate with you in the defense, appeal  or control of any claim or "suit" seeking damages within the "Self-Insured Retention", or which, in our opinion may create liability under the terms of this policy, and
        **(d)** We shall have the right, at our own expense, to assume control of the defense or settlement of a claim or "suit" that, in our reasonable judgment, may result in payments under this policy, including "claims expense", in an amount in excess of the "Self-Insured Retention".
    **(2)** Your responsibility to pay all amounts of settlements and judgments, including "claims expense", within the "Self-Insured Retention" shall not be affected by our election to assume the handling of any claim or suit.
    **(3)** You owe us the same duty of due care in defense and settlement that an underlying insurer would owe us if the limits of the "Self-Insured Retention" were insured rather than self-insured.

    **(4)** We have the right to recommend settlement within the "Self-Insured Retention" to you.  If we recommend such a settlement to you, which is acceptable to a claimant and you do not agree to such recommended settlement, either you or we may request that the matter be submitted to arbitration. The parties will appoint a mutually acceptable arbitrator, who will decide in a timely and expeditious manner whether your refusal to settle is unreasonable. Each party will pay the expenses it incurs, except that we will bear the expense of the arbitrator. The decision by the arbitrator will be binding. Should you continue to refuse such settlement, then:

        **(a)** The Limit of Insurance specified in the Declarations and in **SECTION III - LIMITS OF INSURANCE** shall be reduced to the amount, in excess of the "Self-Insured Retention", of the sum of the amount of damages for which the claim or "suit" could have been settled plus the amount of reasonable "claim expenses" incurred up to the time we made such recommendation; and

        **(b)** We will not pay for, nor will the amount of the "Self-Insured Retention" include, any pre-judgment interest based upon that period of time after such recommendation is made

**b.** Defense by us:

    **(1)** We have the right and the duty to investigate and defend that part of any claim or "suit" that seeks damages to which this insurance applies that are in excess of the "Self-Insured Retention", or which, in our opinion, may expose us to a payment under this policy.

    **(2)** Our duty to investigate and defend claims or "suits" and/or to pay "claims expense" applies only after the "Self-Insured Retention" has been paid out in satisfaction or settlement of claims or "suits", or paid out in "claims expense".

    **(3)** Our duty to defend a claim or "suit" ends when we have used up the applicable Limit of Insurance in payment of judgments or settlements with respect to a claim or "suit"..

    **(4)** When the amount demanded in settlement of a claim or "suit" is in excess of the "Self-Insured Retention", we have the right and shall be permitted to discharge our obligation to both

        **(a)** Pay that portion of the "Ultimate Net Loss" arising from the claim or "suit" that is in excess of the "Self-Insured Retention"; and/or

        **(b)** Defend or to continue to defend that portion of the claim or "suit" that is in excess of the "Self-Insured Retention" by paying to the first Named Insured, subject to the Limits of Insurance of this policy, the difference between the amount demanded in settlement and the "Self-Insured Retention".

    **(5)** If the damages you are obligated to pay exceed the "Self-Insured Retention" and if we have consented to you to continue to defend the claim or "suit", we will contribute to the expenses and costs of defense incurred by you in the ratio that the "Ultimate Net Loss" as finally determined by judgment, award or settlement bears to the "Self-Insured Retention".

**c.** Authorized third party claims administrator:

You shall employ a third party claims administrator acceptable to us for the purpose of providing claim services for settlement of losses within the "Self-Insured Retention" amount. You shall pay all fees, charges and costs of the third party claims administrator in addition to the "Self-Insured Retention" amount, without any reimbursement from us.

**d.** Settlement:

    **(1)** No settlement shall be made nor "claims expense" incurred on our behalf by you or the third party claims administrator in excess of the "Self-Insured Retention" without our prior consent.

**(2)** We shall be liable only for the amount of damages and "claims expense" in excess of the "Self Insured Retention" amounts as applicable, shown in the Schedule above, up to the applicable Limits of Insurance shown in the Declarations of this policy and as described in **SECTION III - LIMITS OF INSURANCE.**

**(3)** Payments by others, including but not limited to additional insured's and insurers, cannot be used to settle a claim or satisfy a judgment owed by an insured within the "Self-Insured Retention". Only payments by the first Named Insured can settle a claim or satisfy a judgment owed by an insured within the "Self-Insured Retention".

## II. Additional Conditions:

Section **IV.2**. of the Coverage Part is amended to include the following additional conditions:

1. Additional Duties in the Event of Occurrence, Injury, Offense, Claim, or Suit

   **a.** If a third party claims administrator is named in the Schedule above:

   **(1)** You must see to it that the third party claims administrator is notified promptly of an "occurrence", "injury" or offense, which may result in a claim under this insurance.  Notice should include:

       **(a)** How, when and where the "occurrence", "injury" or offense took place.

       **(b)** The names and addresses of any injured persons and witnesses; and

       **(c)** The nature and location of any injury or damage arising out of the "occurrence", "injury" or offense.

   **(2)** If a claim is made or a "suit" is brought against any insured, you must see to it that the third party claims administrator receives prompt written notice of the claim or "suit".

       **(a)** Immediately send to the third party claims administrator copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

       **(b)** Authorize the third party claims administrator to obtain records and other information;

       **(c)** Cooperate with the third party claims administrator in the investigation, settlement or defense of the claim or "suit"; and

       **(d)** Assist the third party claims administrator upon their request, in the enforcement of any right against any person or organization, which may be liable to the insured because of injury or damage to which this insurance may also apply.

2. Specific Injuries

   You and/or the third party claims administrator, if applicable, shall have the duty to notify us of any incident, "occurrence", "injury" or offense, without regard to liability, involving any one or more of the following injuries:

   **a.** Fatality;

   **b.** Amputation;

   **c.** Serious disfiguring burns, or burns covering more than twenty-five (25) percent of the body;

   **d.** Paraplegia or Quadriplegia;

   **e.** Brain or brain stem injury;

   **f.** Spinal injury;

   **g.** Multiple factures;

   **h.** Loss of sight;

   **i.** Any other "occurrence", "injury", "bodily injury", "property damage", "personal or advertising injury" for which you and/or the third party administrator has created an indemnity and expense reserve equal to or greater than fifty (50) percent of the **Each Occurrence "Self-Insured Retention" Amount** shown in the Schedule.

**3.** Loss settlement within Self-Insured Retention

   A loss settlement made by you and/or the third party claims administrator must be within the terms, conditions and limits of this insurance and within the **Each Occurrence "Self-Insured Retention" Amount**.

**4.** Coverage Declinations

   All declinations of coverage under this insurance must be made by us. Any third party claims administrator or insured wishing to decline coverage under this insurance must forward all pertinent details of the claim to us for review. We retain the sole right to decline coverage under this insurance.

**5.** Cancellation of Third Party Administrator Contract

   In the event of a cancellation, expiration or revision of the contract between you and the third party claims administrator, you will notify us within ten days from the date of such cancellation, expiration or revision of the contract. If you fail to contract with a substitute third party claims administrator acceptable to us or are unable to pay for covered damages and "claim expenses" within the "Self-Insured Retention" you acknowledge that we shall have the right but not the obligation to contract directly with a third party claims administrator to administer claim handling within the "Self-Insured Retention" until the conclusion of all reported claims and you shall indemnify us for any costs or expenses incurred to administer claim handling within the "Self-Insured Retention" should we elect to exercise our right to contract directly with a third party claims administrator under the circumstances set forth above.

**6.** Midterm Cancellation

   In the event of midterm cancellation of this policy, the **Each Occurrence "Self-Insured Retention" Amount** and the **Aggregate "Self-Insured Retention" Amount** (if applicable) as scheduled are not subject to any pro rata reduction in the amount of the limits.

**7.** Your or the Third Party Claims Administrator's Additional Reporting Requirements

   **a.** You or the third party claims administrator named in the Schedule, if applicable, must monitor the cumulative incurred loss amounts and "claims expense" sustained within the "Self-Insured Retention" and report those amounts to us on a quarter annual basis. However, if the total of all incurred losses and "claims expense" should at any time reach a total amount equal to seventy-five (75) percent of the **Aggregate "Self-Insured Retention" Amount** in the Schedule, you are required to immediately report to us the total incurred losses and "claims expense" incurred as of that time.

   **b.** The quarterly report that you send us must be in a format that is acceptable to us, and include an accounting of all individual losses and "claims expense" incurred as of the date of the report. The quarterly report must be sent to both our claims department and to our underwriter administering the account.

    **c.** Within forty-five (45) days after the end of the policy term, you must give us a listing of all known claims and "suits".  At a minimum the list must include for each claim or "suit":

        **(1)** A description of each claim or "suit" including the claimant name and a brief description of the incident or "occurrence", "injury" or offense;

        **(2)** The date of the incident or "occurrence", "injury" or offense;

        **(3)** The amounts paid and reserved for future payments of loss and "claims expense"; and

        **(4)** The current status of the claim or "suit".

    **d.** Semiannually after the expiration of the policy, you are required to give us an updated listing of the status of all claims and "suits", both paid and reserved, until all claims and "suits" for the policy period are closed or settled.

    **e.** Compliance with the reporting requirements in this endorsement is a condition precedent to coverage under this policy.  In the event of noncompliance, we will not be required to establish prejudice resulting from the noncompliance, but we will be automatically relieved of liability with respect to payment of claims under this policy.

**8.** By acceptance of this policy you agree that you will not procure insurance for all or any part of the "self-insured retention" amounts shown in the Schedule of this endorsement.  If such insurance is procured, there will be no coverage under this policy.

### III. Additional Definitions

The following definitions are added to **SECTION V.  DEFINITIONS**:

**1.** "Claims expense" means all fees, costs and expenses incurred in the investigation, defense and settlement of any claim or "suit" under this insurance, including but not limited to attorney's fees, court reporter fees, charges for independent medical examinations, and expert witnesses.  "Claims expense" will not include salaried employees, counsel on retainer and office expenses of either you or us.

**2.** "Self-Insured Retention" means the amount of liability shown in the Schedule above for either the **Each Occurrence "Self-Insured Retention" Amount** or the **Aggregate "Self-Insured Retention" Amount** (if shown) which you shall become legally obligated to pay because of "bodily injury", "property damage", "advertising injury", "personal injury", "medical payments" or any other such coverage included in the policy sustained by one or more persons or organizations.

**3.** "Ultimate Net Loss" means the sum or sums, after deduction of all collectible recoveries or salvage, that are:

    **a.** In excess of the "Self-Insured Retention"; and

    **b.** Actually paid or that you are obligated to pay as damages and "claims expense" in the investigation and satisfaction of claims or "suits" to which this insurance applies.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED**

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Where required by written contract. | . |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Paducah Bank<br>555 Jefferson St.<br>Paducah, KY 42001 | 4711 Cairo Rd.<br>Paducah, KY 42001 |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or
2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 18 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED –
# MORTGAGEE, ASSIGNEE OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person(s) Or Organization(s) | Designation Of Premises |
|---|---|
| Waveland Sub CDE XXX, LLC and its successors and / or assigns<br>825 North Jefferson Street, Suite 300<br>Milwaukee, WI 53202<br><br>Chase NMTC RK Waverly Investment Fund, LLC and its successors and/or assigns<br>Department TX1-2625<br>700 N. Pearl Street, 13th Floor<br>Dallas, TX 75201 | 423 Hopewell Road<br>Waverly, OH 45690 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**B.** This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 20 34 04 13

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT - AUTOMATIC STATUS WHEN REQUIRED IN LEASE AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) from whom you lease equipment when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Designation Of Premises (Part Leased To You):**<br><br>. |
| **Name Of Person(s) Or Organization(s)(Additional Insured):**<br><br>Any person or organization when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. |
| **Additional Premium: $**. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| **Designation Of Premises (Part Leased To You):** |
| --- |
| . |
| **Name Of Person(s) Or Organization(s)(Additional Insured):** |
| Arlee Management Company<br>Rantoul Plaza<br>Fletcher Bright Company<br>Clarksville Venture Assoc LLC<br>South Side Development Corp.<br>Towne Management Company<br>Hamstra Cass Plaza LLC<br>Walmilton LLC<br>IP Plaza LLC<br>Wentzville Shopping Center LLC<br>Eastmoor Acres Realty<br>KBN Properties LLC<br>Kosmar Inc<br>Plano I, LLC<br>Ohio Valley Mall Company<br>Mandell Family Investors-Building<br>Owner and Esther Jeffrey LLC,<br>Fundamentals Co LLC-Landowners<br>Reyton Cedar Knoll LLC<br>Clearview Mall Associates &<br>JJ Gumberg Co<br>Teacher's Retirement System of<br>the State of KY and BW Plaza LLC<br>and Haghnazarzadeh LLC |
| **Additional Premium: $.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

# NON-PYRAMIDING OF LIMITS ENDORSMENT

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

A.  Notwithstanding any provision of this policy to the contrary, if this policy and any other policy issued to you by us or any company affiliated with us, apply to the same occurrence, offense or accident, the maximum Limit of Insurance under all such policies shall not exceed the highest applicable Limit of Insurance under any one policy.  However, this provision does not apply to any other insurance issued to you by us or any company affiliated with us, which is specifically intended to be excess of the policy to which this endorsement is attached.

B.  Furthermore, in no event will coverage be provided after:

    1.  The applicable aggregate Limit of Insurance under any one policy has been exhausted due to such occurrence (s) or offense (s); or

    2.  The applicable Limit of Insurance under any one policy would have been exhausted had all covered claims due to such occurrence (s) or offense (s) been submitted under that one policy rather than under two or more policies.

## ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED

COMMERCIAL GENERAL LIABILITY
NPC-670 06 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section I - Coverages, - Coverage A - Bodily Injury And Property Damage Liability, 1. Insuring Agreement, B.(3)**, is deleted.

**B. Section I - Coverages, - Coverage A - Bodily Injury And Property Damage Liability, 1. Insuring Agreement, c**. is deleted and replaced by the following:

   c.  "bodily injury" or "property damage" which occurs during the policy period includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**C. Section I - Coverages, Coverage A. Bodily Injury And Property Damage Liability, 1. Insuring Agreement, d**. is deleted.

**D.** The following exclusion is added to paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

This insurance does not apply to:

**Continuous or Progressive Injury and Damage**

"Bodily injury" or "property damage"

    **(1)** which first existed, or is alleged to have first existed, prior to the inception date of this Policy; or

    **(2)** which are, or are alleged to be, in the process of taking place prior to the inception date of this Policy, even if the actual or alleged "bodily injury" or

"property damage" continues during this policy period; or

    **(3)** which were caused, or are alleged to have been caused, by a condition that first existed prior to the inception date of this Policy.

**E.** The following exclusion is added to Paragraph **2. Exclusions** of Section I -Coverage B - Personal And Advertising Injury Liability:**

  **2. Exclusions**

This insurance does not apply to:

**Continuous or Progressive Injury and Damage**

"Personal and advertising injury"

    **(1)** which first existed, or is alleged to have first existed, prior to the inception date of this Policy; or

    **(2)** which are, or are alleged to be, in the process of taking place prior to the inception date of this Policy, even if the actual or alleged "personal and advertising injury" continues during this policy period; or

    **(3)** which were caused, or are alleged to have been caused, by a condition that first existed prior to the inception date of this Policy.

POLICY NUMBER: GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 04 41 12 04**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# STOP GAP – EMPLOYERS LIABILITY COVERAGE ENDORSEMENT – OHIO

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Limits Of Insurance | | |
|---|---|---|
| Bodily Injury By Accident | $1,000,000 | Each Accident |
| Bodily Injury By Disease | $1,000,000 | Aggregate Limit |
| Bodily Injury By Disease | $1,000,000 | Each Employee |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – STOP GAP – EMPLOYERS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated by Ohio Law to pay as damages because of "bodily injury by accident" or "bodily injury by disease" to your "employee" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any accident and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under this coverage.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "bodily injury by accident" or "bodily injury by disease" only if:

**(1)** The:

**(a)** "Bodily injury by accident" or "bodily injury by disease" takes place in the "coverage territory";

**(b)** "Bodily injury by accident" or "bodily injury by disease" arises out of and in the course of the injured "employee's" employment by you; and

**(c)** "Employee", at the time of the injury, was covered under a worker's compensation policy and subject to a "workers compensation law" of Ohio; and

**(2)** The:

**(a)** "Bodily injury by accident" is caused by an accident that occurs during the policy period; or

CG 04 41 12 04

© ISO Properties, Inc., 2004

**Page 1 of 4**

(b) "Bodily injury by disease" is caused by or aggravated by conditions of employment by you and the injured "employee's" last day of last exposure to the conditions causing or aggravating such "bodily injury by disease" occurs during the policy period.

c. The damages we will pay, where recovery is permitted by law, include damages:

(1) For:

(a) Which you are liable to a third party by reason of a claim or "suit" against you by that third party to recover the damages claimed against such third party as a result of injury to your "employee";

(b) Care and loss of services; and

(c) Consequential "bodily injury by accident" or "bodily injury by disease" to a spouse, child, parent, brother or sister of the injured "employee";

provided that these damages are the direct consequence of "bodily injury by accident" or "bodily injury by disease" that arises out of and in the course of the injured "employee's" employment by you; and

(2) Because of "bodily injury by accident" or "bodily injury by disease" to your "employee" that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## 2. Exclusions

This insurance does not apply to:

### a. Intentional Injury

"Bodily injury by accident" or "bodily injury by disease" intentionally caused or aggravated by you, or "bodily injury by accident" or "bodily injury by disease" resulting from an act which is determined to have been committed by you if it was reasonable to believe that an injury is substantially certain to occur.

### b. Fines Or Penalties

Any assessment, penalty, or fine levied by any regulatory inspection agency or authority.

### c. Statutory Obligations

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### d. Contractual Liability

Liability assumed by you under any contract or agreement.

### e. Violation Of Law

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your "executive officers".

### f. Termination, Coercion Or Discrimination

Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any "employee", or arising out of other employment or personnel decisions concerning the insured.

### g. Failure To Comply With "Workers Compensation Law"

"Bodily injury by accident" or "bodily injury by disease" to an "employee" when you are:

(1) Deprived of common law defenses; or

(2) Otherwise subject to penalty;

because of your failure to secure your obligations or other failure to comply with any "workers compensation law".

### h. Violation Of Age Laws Or Employment Of Minors

"Bodily injury by accident" or "bodily injury by disease" suffered or caused by any person:

(1) Knowingly employed by you in violation of any law as to age; or

(2) Under the age of 14 years, regardless of any such law.

### i. Federal Laws

Any premium, assessment, penalty, fine, benefit, liability or other obligation imposed by or granted pursuant to:

(1) The Federal Employer's Liability Act (45 USC Section 51-60);

© ISO Properties, Inc., 2004

(2) The Non-appropriated Fund Instrumentalities Act (5 USC Sections 8171-8173);

(3) The Longshore and Harbor Workers' Compensation Act (33 USC Sections 910-950);

(4) The Outer Continental Shelf Lands Act (43 USC Section 1331-1356);

(5) The Defense Base Act (42 USC Sections 1651-1654);

(6) The Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942);

(7) The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872);

(8) Any other workers compensation, unemployment compensation or disability laws or any similar law; or

(9) Any subsequent amendments to the laws listed above.

**j. Punitive Damages**

Multiple, exemplary or punitive damages.

**k. Crew Members**

"Bodily injury by accident" or "bodily injury by disease" to a master or member of the crew of any vessel or any member of the flying crew of an aircraft.

**B.** The **Supplementary Payments** provisions apply to Coverage - Stop Gap Employers Liability as well as to Coverages **A** and **B**.

**C.** For the purposes of this endorsement, **Section II – Who Is An Insured**, is replaced by the following:

If you are designated in the Declarations as:

**1.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**2.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**3.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**4.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D.** For the purposes of this endorsement, **Section III Limits Of Insurance**, is replaced by the following:

**1.** The Limits of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The "Bodily Injury By Accident" - Each Accident Limit shown in the Schedule of this endorsement is the most we will pay for all damages covered by this insurance because of "bodily injury by accident" to one or more "employees" in any one accident.

**3.** The "Bodily Injury By Disease" - Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all damages covered by this insurance and arising out of "bodily injury by disease", regardless of the number of "employees" who sustain "bodily injury by disease".

**4.** Subject to Paragraph **D.3.** of this endorsement, the "Bodily Injury By Disease" - Each "Employee" Limit shown in the Schedule of this endorsement is the most we will pay for all damages because of "bodily injury by disease" to any one "employee".

The limits of the coverage apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.** For the purposes of this endorsement, Condition **2. Duties In The Event Of Occurrence, Claim Or Suit** of the Conditions Section **IV** is deleted and replaced by the following:

**2. Duties In The Event Of Injury, Claim Suit**

    **a.** You must see to it that we or our agent are notified as soon as practicable of a "bodily injury by accident" or "bodily injury by disease" which may result in a claim. To the extent possible, notice should include:

        **(1)** How, when and where the "bodily injury by accident" or "bodily injury by disease" took place;

        **(2)** The names and addresses of any injured persons and witnesses; and

        **(3)** The nature and location of any injury.

    **b.** If a claim is made or "suit" is brought against any insured, you must:

        **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

        **(2)** Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the injury, claim, proceeding or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us and assist us, as we may request, in the investigation or settlement of the claim or defense against the "suit";

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury to which this insurance may also apply; and

        **(5)** Do nothing after an injury occurs that would interfere with our right to recover from others.

    **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**F.** For the purposes of this endorsement, Paragraph **4.** of the **Definitions** Section is replaced by the following:

    **4.** "Coverage territory" means:

        **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

        **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

        **c.** All other parts of the world if the injury or damage arises out of the activities of a person whose home is in the territory described in a. above, but who is away for a short time on your business;

    provided the insured's responsibility to pay damages is determined in the United States (including its territories and possessions), Puerto Rico, or Canada, in a suit on the merits according to the substantive law in such territory, or in a settlement we agree to.

**G.** The following are added to the **Definitions** Section:

    **1.** "Workers Compensation Law" means the Workers Compensation Law and any Occupational Disease Law of Ohio. This does not include provisions of any law providing non-occupational disability benefits.

    **2.** "Bodily injury by accident" means bodily injury, sickness or disease sustained by a person, including death, resulting from an accident. A disease is not "bodily injury by accident" unless it results directly from "bodily injury by accident".

    **3.** "Bodily injury by disease" means a disease sustained by a person, including death. "Bodily injury by disease" does not include a disease that results directly from an accident.

**H.** For the purposes of this endorsement, the definition of "bodily injury" does not apply.

 © ISO Properties, Inc., 2004 CG 04 41 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE AND KNOWLEDGE OF AN OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Section IV - Commercial General Liability Conditions 2. a.** is deleted and replaced by the following:

2.  Duties in the Event of Occurrence, Offense, Claim or Suit

    a.  Knowledge of an "occurrence" by your agent, servant or "employee" is not considered knowledge by you unless your insurance manager or other designated person has received notice from your agent, servant or "employee." You, your insurance manager or any other person you designate, must see to it that we, or our authorized agents, are notified promptly of an "occurrence" or offense which may result in a claim.  To the extent possible, notice should include:

        (1)  how, when and where the "occurrence" or offense took place;

        (2)  the names and addresses of any injured persons and witnesses; and

        (3)  the nature and location of any injury or damage arising out of the "occurrence" or offense.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**COMMERCIAL GENERAL LIABILITY**

POLICY NUMBER: GA17CGL125587IC

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# Welding Fumes Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2. Exclusions** of **SECTION I - COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and paragraph **2. Exclusions** of **SECTION I - COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**:

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of, or which would not have occurred in whole or in part but for:

    **a.** The actual, alleged or threatened ingestion, inhalation, consumption, absorption, discharge, dispersal, seepage, migration, release or escape of **welding fumes, gases or materials** in any form, at any time, anywhere, in any way.

The following definition is added to this policy and replaces any similar definition contained therein.

**Definitions:**

**Welding Fumes, gases or materials** mean any:

- o aluminum, arsenic, beryllium, cadmium, chromium, cobalt, copper, iron, lead, manganese, mercury, nickel, silicate, steel, zinc or other metallic or mineral substance;

- o related materials, including any coatings or solvents; or

- o fluoride, oxide, ozone, phosgene, or other gaseous or particulate matter;

  Including any presence or use in any form or state in connection with any:
- o apparatus, device, equipment or related materials or parts (including any electrode);

- o base material;

- o decomposition product;

- o filler material (including any flux, rod or wire);

MANUSCRIPT

o   fuel or shield gas; or

o   other alloy, by-product, compound or other material or waste. Waste includes material to be recycled, reconditioned or reclaimed.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

POLICY NUMBER: GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Name Of Person Or Organization:** |
| Any person or organization when you and such person or organization have agreed in writing in a contract or agreement that you will waive any right of recovery against such person or organization. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV - Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

**CG 24 04 05 09**                    © Insurance Services Office, Inc., 2008                    **Page 1 of 1**

**COMMERCIAL GENERAL LIABILITY**

POLICY NUMBER: GA17CGL125587IC

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NOTICE TO OTHERS ENDORSEMENT- WHEN REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:

ALL COVERAGE PARTS

If you are required by written contract to provide Notice of Cancellation, non-renewal, or material changes in the policy (for reasons other than non-payment of premium or deductible reimbursement) to any additional insured or "certificate" holder under this policy, we agree to provide such Notice stating when, no less than 30 days from the date of mailing, such cancellation shall take effect.

You agree that as a condition precedent to us providing such notice, you will provide us with a complete list of such additional insureds or "certificate" holders including appropriate designees and complete mailing addresses. Such list shall be provided no less than 7 days from the date it is electronically requested. Such list shall be in a format acceptable to us.

If notice is mailed, proof of mailing is sufficient proof of notice.

For purpose of this endorsement, "certificate" shall mean a certificate of insurance issued as evidence of this insurance.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

**COMMERCIAL GENERAL LIABILITY**

POLICY NUMBER: GA17CGL125587IC

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# Final Adjudication- Criminal Acts

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**COVERAGE B PERSONAL AND ADVERTISING**
**1. Insuring Agreement**
**d. Criminal Acts is deleted in its entirety and replaced with the following:**
"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured, if any final adjudication establishes that such deliberate criminal or deliberate fraudulent act, or willful violation of stature, rule or law was committed

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# LIQUOR LIABILITY COVERAGE PART DECLARATIONS

COVERAGE IS PROVIDED BY

## Navigators Specialty Insurance Company
One Penn Plaza, New York, NY 10119

**Policy No: GA17CGL125587IC**

| | |
|---|---|
| Named Insured: RK Holdings, LLP | Effective Date: 3/31/2017 12:00:00 AM 12:01 A.M., Standard Time |
| Agent or Broker Name: R T Specialty, LLC | Agent or Broker No.: RTSP0040 |

**Item 1.** Limits of Insurance

| | |
|---|---|
| Aggregate Limit | $1,000,000.00 |
| Each Common Cause Limit/ Loss of Means of Support or Loss of Society Limit | $1,000,000.00 |

**Item 2.** Retroactive Date (CG 00 34 Only)

Section I of this insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury"

which occurs before the Retroactive Date, if any, None

(Enter Date or "None" if no Retroactive Date applies)

**Item 3.** Business Description and Location Premises

Form of Business: Other

Business Description: Chain of Farm Supply stores

Location of All Premises You Own, Rent or Occupy: .

**Item 4.** Premium

| Code No.: | | Premium Basis: Per | Gross Revenue | Premise/Operations | |
|---|---|---|---|---|---|
| | | | | Rate | Premium |
| Location: ALL | | Exposure: INCLUDED | | INCLUDED | INCLUDED |
| Classification: Restaurants, Taverns, Hotels, Motels, Including Package Sales | | | | Products/Completed Operations | |
| | | | | Rate | Premium |
| | | | | INCLUDED | INCLUDED |

**Item 5.** Schedule of Forms and Endorsements

Form(s) and Endorsement(s) made a part of this Policy at time of issue:

See Schedule of Forms and Endorsements NPC 903 08 07

# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "injury" only if:

(1) The "injury" occurs during the policy period in the "coverage territory"; and

(2) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

d. "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

(1) Reports all, or any part, of the "injury" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "injury"; or

(3) Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

a. Expected Or Intended Injury

"Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

 © ISO Properties, Inc., 2006

**b. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**c. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damag- es because of the "injury".

**d. Liquor License Not In Effect**

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

**e. Your Product**

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**f. Other Insurance**

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**g. War**

"Injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**SUPPLEMENTARY PAYMENTS**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

7. Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

© ISO Properties, Inc., 2006

**a.** An individual, you and your spouse are insureds.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "em- ployees" is an insured for:

**(1)** "Injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above; or

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (a) or (b) above.

**(2)** "Property damage" to property:

**(a)** Owned or occupied by, or

**(b)** Rented or loaned

to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

**b.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

 © ISO Properties, Inc., 2006

**3.** Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – LIQUOR LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Injury, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "injury" took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any "injury".

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

#### a. Primary Insurance

This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

#### b. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

© ISO Properties, Inc., 2006

**5. Premium Audit**

    **a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

    **b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

    **c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

    **a.** The statements in the Declarations are accurate and complete;

    **b.** Those statements are based upon representations you made to us; and

    **c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

    **a.** As if each Named Insured were the only Named Insured; and

    **b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**2.** "Coverage territory" means:

    **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

    **b.** International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    **c.** All other parts of the world if the "injury" arises out of:

        **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

        **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**3.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**4.** "Executive Officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**5.** "Injury" means damages because of "bodily injury" and "property damage", including damages for care, loss of services or loss of support.

**6.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

 © ISO Properties, Inc., 2006

**7.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

**8.** "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**9.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**10.** "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product", and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

 © ISO Properties, Inc., 2006 CG 00 33 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form CG 20 11 04 13  ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES is being added to this policy as per the attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                               **. Premium:** No Charge

ENDORSEMENT NO : 001                              Effective: 03/31/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:  GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL 60606

Insured:     RK Holdings, LLP

Date Issued   05/24/2017                          Authorized Representative: _____

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Designation Of Premises (Part Leased To You):** |
| . |
| **Name Of Person(s) Or Organization(s)(Additional Insured):** |
| Mandell Family Investors-Building (Owner and Esther Jeffrey LLC & Fundamentals Co LLC-Landowners) |
| **Additional Premium: $N/A** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC-400 05 06 NAMED INSURED is amended to include the following Named Insureds:

- RK Holdings LLP dba Morgantown Rural King Supply
- Rural King Realty

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                                    . **Premium:** No Charge

ENDORSEMENT NO : 002                              Effective: 06/08/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:  GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:      RK Holdings, LLP

Date Issued   06/07/2017                        Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

The following Named Insured is being added to this policy and form NPC-400 05 06 NAMED INSURED:

RK Holdings, LLP dba Maysville Rural King Supply

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                          **. Premium:** No Charge

ENDORSEMENT NO : 003                            Effective: 05/01/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

NPC-907 03 09                                                                                       Page 1 of 2

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:      RK Holdings, LLP

Date Issued   06/19/2017                    Authorized Representative:

3:19-cv-03154-SEM-TSH  # 1-3  Page 109 of 140

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

The following Named Insured is being added to this policy and form NPC-400 05 06 NAMED INSURED:

RK Holdings LLP dba Pikeville Rural King Supply

AND

Form CG 20 11 04 13  ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES is being added to this policy as per the attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                            **. Premium:** No Charge

ENDORSEMENT NO : 004                            Effective: 06/16/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:  GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

NPC-907 03 09

Page 1 of 2

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL 60606

Insured:     RK Holdings, LLP
_____

Date Issued   06/19/2017                          Authorized Representative: _____

POLICY NUMBER:GA17CGL125587IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| |
|---|
| **Designation Of Premises (Part Leased To You):**<br><br>. |
| **Name Of Person(s) Or Organization(s)(Additional Insured):**<br>LL-Big Sandy, LLC<br><br><br> |
| **Additional Premium:** $Included |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC-400 05 06 - Schedule of Named Insured's is amended to include:

Country Critters Veterinary Clinic, LLC, Series 1, Ocala, Florida
Country Critters Veterinary Clinic, LLC, Series 2, Gainesville, Florida
Country Critters Veterinary Clinic, LLC, Series 3, Mattoon, Illinois
Country Critters Veterinary Clinic, LLC, Series 4, Hartland, Michigan
RK Tractors LLC

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                    . **Premium:** No Charge

ENDORSEMENT NO : 005                                Effective: 8/31/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:  GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:      RK Holdings, LLP

Date Issued   01/17/2018                    Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC-400 05 06 - Schedule of Named Insured's is amended to include:

Rural King Realty LLC

And:

The following locations have been added to the policy:

1) RK Holdings LLP dba Martinsville Rural King Supply,
2876 Greensboro Rd
Martinsville, VA  24112

2) RK Holdings LLP dba Marysville Rural King Supply
945 McCammon Ave.
Maryville TN 37801

3) RK Holdings LLP dba Muscle Shoals Rural King Supply
3401 Woodward Ave.
Muscle Shoals, AL 35661

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                                    **. Premium:** No Charge

ENDORSEMENT NO : 006                                    Effective: 9/13/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL 60606

Insured:     RK Holdings, LLP

Date Issued   01/17/2018                    Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

The following forms have been added to the policy and as listed per the attached:

1) MS PT 06 02 08 - Pet Services - Pet Groomers Professional Liability
2) MS PT 04 02 08 - Pet Services - Veterinarians Professional Liability

And:

Form NPC-905 03 09 - Commercial General Liability Coverage part Declarations, Premium Section is amended to add the following:

Rate: $1.00
Premium Base: $1,000 Gross Revenues
Exposure: $600,000

Any additional exposure will be subject to audit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                      **Additional Premium:** $
ENDORSEMENT NO : 007                          Effective: 9/21/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.: GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL 60606

Insured:       RK Holdings, LLP

Date Issued   01/18/2018                          Authorized Representative: _____

MARKET SEGMENTS
MS PT 06 02 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PET SERVICES – PET GROOMERS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The provisions of the Commercial General Liability Coverage Part apply except as otherwise provided in this endorsement. This endorsement applies only if the Coverage Part named above is included in this policy. All numbers and letters used to designate paragraphs in this endorsement are specific to this endorsement only. They do not reference paragraphs in the Commercial General Liability Coverage Part.

With respect to the coverage provided by this endorsement, the **Commercial General Liability Coverage Part** is amended as follows:

A. All provisions of the Commercial General Liability Coverage Part also apply to other injury.

B. The Coverages Section also applies to "bodily injury", "property damage", "personal and advertising injury" or other injury arising out of the rendering of or failure to render professional services in connection with the insured's pet grooming operations.

C. The **Bodily Injury And Property Damage Liability** exclusions are amended as follows:

   1. The **Contractual Liability** exclusion is replaced by the following:

      "Bodily injury", "property damage" or other injury for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

   2. The following **Damage To Property** exclusion does not apply:

      The paragraph referencing personal property in the care, custody or control of the insured.

   3. The **Damage To Your Work** exclusion does not apply with respect to animals handled in connection with the insured's pet grooming operations.

4. The following Exclusions are added:

   This insurance does not apply to:

   a. "Bodily injury", "property damage" or other injury arising out of a criminal act including but not limited to fraud committed by the insured or any person for whom the insured is legally responsible.

   b. Any professional veterinary services performed by an insured.

   c. All injury or damage for which coverage is provided under the Commercial Property Coverage Part.

D. The **Personal And Advertising Injury Liability** exclusions are amended as follows:

   1. The **Criminal Acts** exclusion is replaced by the following:

      "Personal and advertising injury" or other injury arising out of a criminal act committed by the insured or at the direction of the insured.

   2. The **Contractual Liability** exclusion is replaced by the following:

      "Personal and advertising injury" or other injury for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

 © ISO Properties, Inc., 2007

**E.** Under the **Who Is An Insured** Section, the paragraph referencing who is also an insured is replaced by the following:

Each of the following is also an insured:

Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

1.  "Bodily injury", "personal and advertising injury" or other injury:

    a.  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

    b.  To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

    c.  For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraph (1)(a) or (1)(b); or

2.  "Bodily injury", "property damage", "personal and advertising injury" or other injury arising out of his or her providing or failing to provide professional services. However, your "employees" are insureds with respect to their providing or failing to provide professional services in connection with your pet grooming operations.

3.  "Property damage" to property:

    a.  Owned, occupied or used by; or

    b.  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**F.** The **Limits Of Insurance** Section is replaced by the following:

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under the Medical Payments coverage;

    b.  Damages under the Bodily Injury And Property Damage Liability coverage, except damages because of "bodily injury", "property damage" or other injury included in the "products-completed operations hazard"; and

    c.  Damages under the Personal And Advertising Liability coverage.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under the Bodily Injury And Property Damage Liability coverage for damages because of "bodily injury", "property damage" or other injury included in the "products-completed operations hazard".

4.  Subject to Paragraph 2. above, the Personal And Advertising Injury Limit is the most we will pay under the Personal And Advertising Injury Liability coverage for the sum of all damages because of all "personal and advertising injury" or other injury sustained by any one person or organization.

5.  Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under the Bodily Injury And Property Damage Liability coverage; and

    b.  Medical expenses under the Medical Payments coverage;

    because of all "bodily injury", "property damage" and other injury arising out of any one "occurrence".

6.  Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under the Bodily Injury And Property Damage Liability coverage for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7.  Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under the Medical Payments coverage for all medical expenses because of "bodily injury" sustained by any one person.

 © ISO Properties, Inc., 2007

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

G. For the coverage provided by this endorsement, the definition of "occurrence" is amended to include any act or omission arising out of the rendering of or failure to render professional services in connection with the insured's pet grooming operations.

© ISO Properties, Inc., 2007

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PET SERVICES – VETERINARIANS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The provisions of the Commercial General Liability Coverage Part apply except as otherwise provided in this endorsement. This endorsement applies only if the Coverage Part named above is included in this policy. All numbers and letters used to designate paragraphs in this endorsement are specific to this endorsement only. They do not reference paragraphs in the Commercial General Liability Coverage Part.

With respect to the coverage provided by this endorsement, the **Commercial General Liability Coverage Part** is amended as follows:

A. All provisions of the Commercial General Liability Coverage Part also apply to other injury.

B. The Coverages Section also applies to "bodily injury", "property damage", "personal and advertising injury" or other injury arising out of the rendering of or failure to render professional veterinary services.

C. The **Bodily Injury And Property Damage Liability** exclusions are amended as follows:

1. The **Contractual Liability** exclusion is replaced by the following:

   "Bodily injury", "property damage" or other injury for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

2. The following **Damage To Property** exclusion does not apply:

   The paragraph referencing personal property in the care, custody or control of the insured.

3. The Damage To Your Work exclusion does not apply with respect to the rendering of or failure to render professional veterinary services.

4. The following Exclusions are added:

   This insurance does not apply to:

   a. "Bodily injury", "property damage" or other injury arising out of a criminal act including but not limited to fraud committed by the insured or any person for whom the insured is legally responsible.

   b. All injury or damage for which coverage is provided under the Commercial Property Coverage Part.

D. The **Personal And Advertising Injury Liability** exclusions are amended as follows:

1. The **Criminal Acts** exclusion is replaced by the following:

   "Personal and advertising injury" or other injury arising out of a criminal act committed by the insured or at the direction of the insured.

2. The **Contractual Liability** exclusion is replaced by the following:

   "Personal and advertising injury" or other injury for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

 © ISO Properties, Inc., 2007

E. Under the **Who Is An Insured** Section, the paragraph referencing who is also an insured is replaced by the following:

Each of the following is also an insured:

Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

1. "Bodily injury", "personal and advertising injury" or other injury:

    a. To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

    b. To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

    c. For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraph (1)(a) or (1)(b); or

2. "Bodily injury", "property damage", "personal and advertising injury" or other injury arising out of his or her providing or failing to provide professional services. However, your "employees" are insureds with respect to their providing or failing to provide professional veterinary services in connection with your business

3. "Property damage" to property:

    a. Owned, occupied or used by; or

    b. Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

F. The **Limits Of Insurance** Section is replaced by the following:

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or "suits" brought; or

    c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under the Medical Payments coverage;

    b. Damages under the Bodily Injury And Property Damage Liability coverage, except damages because of "bodily injury", "property damage" or other injury included in the "products-completed operations hazard"; and

    c. Damages under the Personal And Advertising Liability coverage.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under the Bodily Injury And Property Damage Liability coverage for damages because of "bodily injury", "property damage" or other injury included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal And Advertising Injury Limit is the most we will pay under the Personal And Advertising Injury Liability coverage for the sum of all damages because of all "personal and advertising injury" or other injury sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under the Bodily Injury And Property Damage Liability coverage; and

    b. Medical expenses under the Medical Payments coverage;

    because of all "bodily injury", "property damage" and other injury arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under the Bodily Injury And Property Damage Liability coverage for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under the Medical Payments coverage for all medical expenses because of "bodily injury" sustained by any one person.

© ISO Properties, Inc., 2007 **MS PT 04 02 08** □

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**G.** For the coverage provided by this endorsement, the definition of "occurrence" is amended to include any act or omission arising out of the rendering of or failure to render professional veterinary services.

© ISO Properties, Inc., 2007

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC-400 05 06 - Schedule of Named Insured's is amended to include:

RK Holdings LLP dba Dothan Rural King Supply
Rural King Realty LLC

And:

The following location has been added to the policy:

2185 Reeves
Dothan AL 36303

## ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                          . **Premium:** No Charge

ENDORSEMENT NO : 008                          Effective: 10/26/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

NPC-907 03 09                                                                          Page 1 of 2

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:     RK Holdings, LLP

Date Issued   01/18/2018                        Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC-400 05 06 - Schedule of Named Insured's is amended to include:

Julie Stewart Veterinary Clinic, PC dba Country Critters Veterinary Clinic

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                          **. Premium:** No Charge

ENDORSEMENT NO : 009                    Effective: 11/7/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:  GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:      RK Holdings, LLP

Date Issued   01/18/2018                    Authorized Representative: _____

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC-400 05 06 - Schedule of Named Insured's is amended to include:

Red Knight Transportation LLC

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                                              **. Premium:** No Charge

ENDORSEMENT NO : 010                                    Effective: 12/15/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:      RK Holdings, LLP

Date Issued   01/18/2018                    Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

The following Named Insured is being added to this policy and form NPC-400 05 06 NAMED INSURED:

- RK Tractors LLC

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                                          **. Premium:** No Charge

ENDORSEMENT NO : 011                              Effective: 08/31/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

NPC-907 03 09                                                                                                      Page 1 of 2

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL 60606

Insured:      RK Holdings, LLP

Date Issued   01/18/2018                           Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

The following Named Insured is being added to this policy and form NPC-400 05 06 NAMED INSURED:

- RK Holdings LLP dba Morristown Rural King Supply

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                           **. Premium:** No Charge

ENDORSEMENT NO : 012                              Effective: 01/16/2018 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:      RK Holdings, LLP

Date Issued   01/18/2018                          Authorized Representative:

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

It is hereby amended and agreed that the following changes have been made to the policy:

Form NPC 820 11 10 FELLOW EMPLOYEE COVERAGE EXTENSION is being added to this policy as per the attached.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here:                                                                      . **Premium:** No Charge

ENDORSEMENT NO : 013                     Effective: 09/13/2017 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:   GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:       RK Holdings, LLP

Date Issued   04/06/2018                            Authorized Representative: _____

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FELLOW EMPLOYEE COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SECTION II WHO IS AN INSURED, 2 A (1) (a) is deleted and replaced by the following:

(a) except with respect to a co-employee while in the course of his or her employment or while performing duties related to the conduct of your business, to you, to your partners or members (if you are a partnership or joint venture), or to your members (if you are a limited liability company)

The Additional Coverage afforded the Insured under this endorsement is excess over any other valid and collectible insurance purchased by or provided for you including but not limited to, Workers Compensation and Employers Liability Insurance.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

**It is hereby amended and agreed that the following changes have been made to the policy:**

FINAL PREMIUM AUDIT

Audit from: 03/31/2017  to  03/31/2018

It is hereby understood and agreed that the Commercial General Liability Coverage Part Declarations is amended as follows:



Total Additional Premium: $▇▇▇

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium shown on the declarations unless a specific amount is shown here: **Additional Premium: $**▇▇▇

ENDORSEMENT NO : 014                    Effective: 03/31/2018 12:00:00 AM
is attached to and forms part of your evidence of insurance no.:  GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

NPC-907 03 09                                                                 Page 1 of 2

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:     RK Holdings, LLP

Date Issued   05/30/2018 _____   Authorized Representative: _____

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGE ENDORSEMENT

**It is hereby amended and agreed that the following changes have been made to the policy:**

FINAL PREMIUM AUDIT

Audit from: 03/31/2017 to 03/31/2018

It is hereby understood and agreed that the Commercial General Liability Coverage Part Declarations is amended as follows:



Total Additional Premium: $█

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

The premium for this endorsement is included in the premium
shown on the declarations unless a specific amount is shown
here: **Additional Premium: $█**

ENDORSEMENT NO : 014                    Effective: 03/31/2018 12:00:00 AM
is attached to and forms part of your evidence of insurance no.: GA17CGL125587IC

Issued by: Navigators Specialty Insurance Company

NPC-907 03 09

Executive Offices: 230 W Monroe Street, Suite 1575, Chicago, IL  60606

Insured:        RK Holdings, LLP

Date Issued    05/31/2018                    Authorized Representative: