044830/14570/MSHIP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RURAL KING SUPPLY, INC., RURAL KING HOLDING COMPANY, RKDS, LLC, RURAL KING DISTRIBUTION & MANAGEMENT, INC., RK HOLDINGS, LLP, RURAL KING RANTOUL, RANTOUL RURAL KING SUPPLY, INC., R.K. ADMINISTRATIVE SERVICES, LLC, STEVEN R. KRUSE, MATTHEW CONNER, Individually and as Independent Administrator of the ESTATE OF CAITLIN B. CONNER, AMANDA CONNER, Individually and as Mother and Next Friend of LILY A. LAWRENCE, and DEBRA CONNER,<br><br>Defendants. | Case Number 3:19-cv-3154 |

### NAVIGATORS SPECIALTY INSURANCE COMPANY'S MOTION TO DROP DEFENDANT RURAL KING DISTRIBUTION & MANAGEMENT, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 21

Plaintiff, Navigators Specialty Insurance Company ("Navigators"), by its undersigned attorneys, hereby moves the Court to drop Defendant Rural King Distribution & Management, Inc. as a defendant in this lawsuit pursuant to Federal Rule of Civil Procedure 21.

1. Federal Rule of Civil Procedure 21 states that "[m]isjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party. The court may also sever any claim against a party."

2. Navigators seeks to drop Defendant Rural King Distribution & Management, Inc. as a party to this lawsuit, the parties having entered into a stipulation on non-coverage.

3. Dropping Rural King Distribution & Management, Inc. as a party will not prejudice any remaining defendant.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 21, Plaintiff, Navigators Specialty Insurance Company, respectfully requests that Defendant Rural King Distribution & Management, Inc. be dropped as a party to this lawsuit.

DATED this 23rd day of December, 2019.

> Respectfully submitted,
>
> Cassiday Schade LLP
>
> By: /s/ William H. Schramm, III
> One of the Attorneys for the Plaintiff, Navigators Specialty Insurance Company

John D. Hackett
(ARDC #6196747)
William H. Schramm, III
(ARDC #6306944)
CASSIDAY SCHADE LLP
222 West Adams Street
Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jhackett@cassiday.com
wschramm@cassiday.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 23, 2019 I electronically filed the foregoing document with the clerk of the court for the Central District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                                                                 /s/ Danielle R. Ruiz

9362031