044830/14570/JDH/CCC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RURAL KING SUPPLY, INC., RURAL KING HOLDING COMPANY, RKDS, LLC, RURAL KING DISTRIBUTION & MANAGEMENT, INC., RK HOLDINGS, LLP, RURAL KING RANTOUL, RANTOUL RURAL KING SUPPLY, INC., R.K. ADMINISTRATIVE SERVICES, LLC, STEVEN R. KRUSE, MATTHEW CONNER, Individually and as Independent Administrator of the ESTATE OF CAITLIN B. CONNER, AMANDA CONNER, Individually and as Mother and Next Friend of LILY A. LAWRENCE, and DEBRA CONNER, <br><br> Defendants. | No. 3:19-cv-03154 |

## MOTION FOR THE ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT RK HOLDINGS, LLP

NOW COMES the Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY ("NAVIGATORS"), by and through its attorneys, CASSIDAY SCHADE LLP, and for its Motion for the Entry of Default Judgment Against Defendant, RK HOLDINGS, LLP, states as follows:

1. This is an action for declaratory judgment in which NAVIGATORS seeks a declaration that it does not owe a defense or indemnity to RK HOLDINGS, LLP, and other defendants under an insurance policy NAVIGATORS issued to Defendant RK HOLDINGS, LLP.

2. A copy of NAVIGATORS' First Amended Complaint for Declaratory Judgment is attached hereto as Exhibit "1".

3. NAVIGATORS issued Commercial Lines Policy No. GA17CGL1255871C to RK HOLDINGS, LLP (the "NAVIGATORS Policy"), and a copy of the NAVIGATORS Policy is Exhibit B to Exhibit 1 to this Motion.

4. The Conner Defendants filed an underlying lawsuit in the Circuit Court of Champaign County, Illinois entitled *Matthew Conner et. al. v. Rural King Supply et. al.*, Case No. 18 L 00183 ("*Conner* Lawsuit"), which alleges that on June 8, 2017, Defendant STEVEN KRUSE ("KRUSE") was driving his personal vehicle (a 2000 Jeep Grand Cherokee) when his vehicle struck the rear of the vehicle being driven by Debra Conner (a 2008 Chevrolet Cobalt). A copy of the *Conner* First Amended Complaint is attached as Exhibit A to Exhibit 1.

5. The underlying complaint in the *Conner* lawsuit includes claims for negligence against KRUSE, RK HOLDINGS, LLP, and the seven other "Rural King" entities named as defendants in NAVIGATORS' First Amended Complaint for Declaratory Judgment, and alleges that at the time of the motor vehicle accident, KRUSE was acting within the scope of his employment with RK HOLDINGS, LLP, and the other "Rural King" entities named as Defendants herein.

6. In NAVIGATORS' First Amended Complaint, NAVIGATORS seeks a declaration that it does not: (a) Have a duty to defend RK HOLDINGS, LLP, (as well as KRUSE and the other "Rural King" entities) in connection with the underlying *Conner* Lawsuit; or (b) Have a duty to indemnify RK HOLDINGS, LLP (as well as KRUSE and the other "Rural King" entities) in connection with the underlying *Conne*r Lawsuit.

7. The underlying *Conner* lawsuit arises out of a motor vehicle accident, and the NAVIGATORS' Policy contains an Aircraft, Auto Or Watercraft exclusion, which specifically provides that the NAVIGATORS' Policy does not coverage "'Bodily injury' . . . arising out of the

ownership, maintenance, use or entrustment to others of any 'auto' . . . owned or operated by or rented or loaned to any insured."  Moreover, the exclusion "applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of other by that insured, if the 'occurrence' which caused the 'bodily injury'. . . involved the ownership, maintenance, use or entrustment to others of any . . . 'auto' . . . that is owned or operated by or rented or loaned to any insured . . . ."

8. On July 8, 2020, NAVIGATORS' process server personally served Defendant RK HOLDINGS, LLP with the summons and complaint by leaving a copy of those documents with Alex Melvin, President of RK HOLDINGS, LLP at 4216 Dewitt Ave., Mattoon, IL 61938. See Affidavit of Special Process Server [Dkt. 68-1] attached hereto as Ex. 2.

9. Pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, a defendant must serve an answer or responsive pleading within 21 days after being served with the summons and complaint.

10. RK HOLDINGS, LLP appeared through counsel on July 20, 2020 [Dkt. 70], and filed a Motion to Dismiss NAVIGATORS' Complaint on that same date. [Dkt. 71-72].

11. After a lengthy briefing cycle, the Court issued a ruling on RK HOLDINGS, LLP's Motion to Dismiss on March 30, 2021 that denied said motion. [Dkt. 96].

12. Assuming RK HOLDINGS, LLP had an additional 21 days from the date its Motion to Dismiss was denied on March 30, 2021 to file its Answer to NAVIGATORS' Complaint, RK HOLDINGS, LLP's Answer would have been due on April 20, 2021.

13. As of the filing of this motion, Defendant RK HOLDINGS, LLP has not filed an Answer or second motion in response to NAVIGATORS' complaint.

14. On May 5, 2020 NAVIGATORS filed a Motion for Default Against RK HOLDINGS, LLP (Dkt. 97); and on May 24, 2020, this Honorable Court entered an Order of Default against RK HOLDINGS, LLP (Dkt. 99).

15. RK HOLDINGS, LLP, by virtue of not filing a responsive pleading, has chosen not to participate in this action despite being given ample opportunity to do so.

16. Therefore, NAVIGATORS moves this Honorable Court for the entry of Default Judgment against RK HOLDINGS, LLP.

17. An Affidavit confirming that RK HOLDINGS, LLP is not a minor, incompetent person, or a person in military service is attached hereto as Exhibit 3.

18. A proposed Order is attached hereto as Exhibit 4.

WHEREFORE, the Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY, respectfully requests that judgment by default be entered in favor of Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY, and against Defendant, RK HOLDINGS, LLP., for the relief sought against Defendant, RK HOLDINGS, LLP in its Complaint for Declaratory Judgment.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Christopher C. Cassidy
    One of the Attorneys for Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY

John D. Hackett (ARDC #6196747)
Christopher C. Cassidy (ARDC #6273455)
CASSIDAY SCHADE LLP
222 West Adams Street
Suite 2900
Chicago, IL 60606
(312) 641-3100/(312) 444-1669 – Fax
jhackett@cassiday.com
ccassidy@cassiday.com

4

5

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 26, 2021, I electronically filed the foregoing document with the clerk of the court for the Central District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Christopher C. Cassidy

9850113